# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **LACHEZAR DIMITROV,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**WARDEN OF ERO EL PASO CAMP EAST MONTANA, MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); TODD LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE); MARKWAYNE MULLIN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); AND TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE U.S. DEPARTMENT OF JUSTICE;**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-01399-LS** |

**<u>ORDER FOR UPDATED STATUS</u>**

The government shall file on or before **November 20, 2026,** an updated response explaining whether Petitioner remains in custody and, if so, its efforts remove Petitioner and Petitioner's cooperation or noncooperation with same.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 12, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**